# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **BLAIRE WOODWARD,** : | |
| : | |
| Plaintiff, on behalf of : | |
| himself and all others : | |
| similarly situated, : | |
| : | Civil Action No.: 1:20-cv-1818 |
| : | |
| v. : | JUDGE SOLOMON OLIVER, JR. |
| : | |
| : | |
| : | |
| **VANCUREN SERVICES, INC.,** *et. al.,* : | |
| : | |
| : | |
| Defendants. : | |
| : | |

### PLAINTIFF'S NOTICE OF FILING SETTLEMENT AGREEMENT SIGNATURE PAGE OF VANCUREN PARTIES

Plaintiff hereby gives notice of filing the Settlement Agreement Signature Page of the Van Curen Parties. The Settlement Agreement was filed as an Exhibit to the Joint Motion for Approval of Settlement Agreement on July 23, 2021. (Doc. Nos. 24 and 24-2). The signature page on the agreement did not have the Van Curen Parties signature and accordingly, that page is being filed now.

                                                                                 Respectfully submitted,

                                                                                 _Kyle T. Anderson_
                                                                                 Greg R. Mansell (0085197)
                                                                                 (*Greg@MansellLawLLC.com*)
                                                                                 Carrie J. Dyer (0090539)
                                                                                 (*Carrie@MansellLawLLC.com*)
                                                                                 Kyle T. Anderson (0097806)
                                                                                 (*Kyle@MansellLawLLC.com*)
                                                                                 **Mansell Law, LLC**
                                                                                 1457 S. High Street
                                                                                 Columbus, OH 43207

Ph: (614) 610-4134
Fax: (614) 547-3614
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

Respectfully submitted,

/s/ *Kyle T. Anderson*
Kyle T. Anderson (0097806)