IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BLAIRE WOODWARD**, | : |
| | : |
| Plaintiff, on behalf of himself and all others similarly situated, | : Civil Action No. 1:20-cv-1818 |
| | : |
| | : Judge Solomon Oliver, Jr. |
| vs. | : |
| | : |
| **VANCUREN SERVICES, INC.**, *et al.* | : |
| | : |
| Defendants. | : |

### ORDER APPROVING JOINT MOTION TO APPROVE SETTLEMENT OF FLSA COLLECTIVE ACTION SETTLEMENT AND CLAIMS PROCEDURE

Before the Court is the Parties' Joint Motion to Approve Settlement of FLSA Collective Action Settlement and Claims Procedure. The Court has reviewed the terms of the Confidential Settlement and Release Agreement ("Agreement"), the pleadings in this case, and the issues presented therein and finds that: (a) the settlement is suitable and acceptable, and well serves the interests of all concerned; (b) the amounts that each member of the opt-in class is to receive are reasonable and acceptable; and (c) the amount allocated to attorneys' fees and costs are fair and reasonable, and appropriately reflect the difficulty of the case, the ultimate benefits to the opt-in class members, and the attorneys' work and expertise, without which the settlement would not have been reached.

Accordingly, the Court (1) approves the settlement, including all of the terms and conditions set forth in the Agreement; (2) enters a conditional order of dismissal; and (3) orders the Parties to implement and complete the settlement process described in the Agreement. The Parties shall promptly notify the Court after all settlement payments have been tendered so a final order

of dismissal can be entered 10 days after all settlement payments have been tendered.

**IT IS SO ORDERED**.

 July 27, 2021                                   /s/ Solomon Oliver, Jr.                    
**DATE**                                            **SOLOMON OLIVER, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**